UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY | § § | |
| Plaintiff, | § | Civil Action No. 4:10-cv-02931 |
| v. | § § | |
| M-I, L.L.C. | § § | |
| Defendant. | § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Joint Stipulation for Dismissal of the parties hereto, it is

ORDERED that the above styled cause is dismissed with prejudice to the Plaintiff and Counter-Plaintiff, with each party to bear its own costs.

SIGNED this 22nd day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE